**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 JAN -8  PM 4: 13

DEPUTY CLERK_____

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | No. | **3-13CR0013-L** |
| | § | | |
| MARCOS ANTONIO GARCIA (1) | § | | |
| | § | | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on or about January 1, 2012, the exact date being unknown to the Grand Jury, and continuing to on or about March 6, 2012, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **Marcos Antonio Garcia,** did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of 21 U.S.C. § 846.

**Indictment – Page 1**

A TRUE BILL

_____
FOREPERSON


SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Lisa.Miller@usdoj.gov

**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**MARCOS ANTONIO GARCIA**

INDICTMENT

21 U.S.C. § 846
Conspiracy to Distribute a Controlled Substance

1 Count

A true bill rendered

DALLAS                                                                 FOREPERSON

Filed in open court this_____ day of January, A.D., 2013.

_____ Clerk

**WARRANT TO ISSUE**

UNITED STATES DISTRICT/MAGISTRATE JUDGE    1/8/13
No Magistrate Number pending: